## ATTACHMENT A
### Description of Devices to Be Searched

Device 1 is described as a Nokia cellular phone, Model: N152DL, S/N: A00000V590241527214, with IMEI 358205601714135; and

Device 2 is described as an Apple iWatch, S/N: A2477-W3RCK76MD6 (collectively referred to as "Subject Devices").

Each of the **Subject Devices** is currently secured by the US Probation Office in Grand Rapids, Michigan.