# ATTACHMENT B
## Items to be Searched and Seized

All information that constitutes contraband, fruits, evidence and instrumentalities of violations of 18 U.S.C. § 922(g) including the following:

1. Records, information, and items relating to the violations of the statutes described above including:

   a. Evidence of the identity of the user, owner, or individual(s) who control the **Subject Devices;**

   b. Evidence indicating how and when the **Subject Devices** were accessed or used, to determine the geographic and chronological context of device access, use, and events relating to the crime under investigation and to the device owner;

   c. Evidence indicating the **Subject Device's** user's knowledge and/or intent as it relates to the above violations, including evidence of the use, possession, transportation, sale, purchase, and/or distribution of firearms, ammunition, explosives, and their component parts;

   d. Any and all incoming or outgoing communications, including calls and text messages and logs of such communications, relating to the above violations;

   e. Any and all photographs and videos relating to the above violations or showing preparatory steps taken in furtherance of the subject offense;

   f. Evidence indicating the times, geographic locations, and electronic devices from which the **Subject Devices** were accessed and used to determine the chronological and geographic context of the **Subject Devices** access, use and events relating to the violations under investigation and to the owner(s) of the **Subject Devices;** and

g. Passwords, encryption keys, recovery e-mail accounts, contact information, security questions, phone numbers, and other access information associated with the **Subject Devices.**

As used above, the terms "documents," and "communications," refers to all content regardless of whether it is in the form of pictures, videos, audio records, text communications, or other medium, and whether in draft or completed form and whether sent or received.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.